| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Robert Vanderupwich

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   California

|  |  |  |
|---|---|---|
| 5. | Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: | |
|  | California | |
| 6. | Plaintiff's current state(s) [if more than one Plaintiff] of residence: | |
|  | California | |
| 7. | District Court and Division in which venue would be proper absent direct filing: | |
|  | U.S. District Court for the Central District of California, Eastern Division | |
| 8. | Defendants (check Defendants against whom Complaint is made): | |
|  | ☑ C.R. Bard Inc. | |
|  | ☑ Bard Peripheral Vascular, Inc. | |
| 9. | Basis of Jurisdiction: | |
|  | ☑ Diversity of Citizenship | |
|  | ☐ Other: _____ | |
|  | a. Other allegations of jurisdiction and venue not expressed in Master Complaint: | |
| 10. | Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)): | |
|  | ☐ Recovery® Vena Cava Filter | |
|  | ☐ G2® Vena Cava Filter | |
|  | ☐ G2® Express Vena Cava Filter | |
|  | ☐ G2® X Vena Cava Filter | |
|  | ☐ Eclipse® Vena Cava Filter | |
|  | ☐ Meridian® Vena Cava Filter | |
|  | ☐ Denali® Vena Cava Filter | |
|  | ☑ **UNKNOWN MODEL** | |

☐ Other: _____

11. Date of Implantation as to each product:
11/20/07

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Products Liability – Manufacturing Defect
☑ Count II:     Strict Products Liability – Information Defect (Failure to Warn)
☑ Count III:    Strict Products Liability – Design Defect
☑ Count IV:     Negligence – Design
☑ Count V:      Negligence – Manufacture
☑ Count VI:     Negligence – Failure to Recall/Retrofit
☑ Count VII:    Negligence – Failure to Warn
☑ Count VIII:   Negligent Misrepresentation
☑ Count IX:     Negligence *Per Se*
☑ Count X:      Breach of Express Warranty
☑ Count XI:     Breach of Implied Warranty
☑ Count XII:    Fraudulent Misrepresentation
☑ Count XIII:   Fraudulent Concealment
☑ Count XIV:    Violations of Applicable __California__ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
☐ Count XV:     Loss of Consortium
☐ Count XVI:    Wrongful Death
☐ Count XVII:   Survival
☑ Punitive Damages
☐ Other(s): _____: (please state the facts supporting this Count in the space immediately below)

_____

3

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this  9   day of  January        , 2019

                                                BERTRAM & GRAF, L.L.C.

By: /s/ Blair B. Matyszczyk
    Blair B. Matyszczyk, Benjamin A. Bertram
    (admitted *pro hac vice*)
    2345 Grand Blvd., Suite 1925
    Kansas City, MO 64108
    Telephone: (816) 523-2205
    Email: blair@bertramgraf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this  9   day of  January   , 2019   I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                /s/ Blair B. Matyszczyk
                                                *Attorney for Plaintiff*