Benjamin A. Bertram (*Pro Hac Vice*)
**BERTRAM & GRAF, L.L.C.**
2345 Grand Boulevard, Suite 1925
Kansas City, Missouri 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH LLP**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: (415) 546-7300
Facsimile:  (415) 546-7301
mskikos@skikos.com

*Attorneys for Plaintiff*

Daniell K. Newman (SBN 242834)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  (310) 586-7700
Facsimile:    (310) 586-7800
newmandk@gtlaw.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VANDERUPWICH, <br><br> Plaintiff, <br><br> vs. <br><br> C.R. BARD INCORPORATED., et al., <br><br> Defendants. | Case No.: 2:21-cv-01777-SAB-KS <br><br><br> **JOINT MOTION TO STAY PROCEEDINGS AND SUPPORTING MEMORANDUM OF LAW** |

JOINT MOTION TO STAY PROCEEDINGS AND SUPPORTING
MEMORANDUM OF LAW

Plaintiff Robert Vanderupwich ("Plaintiff") and Defendants C. R. Bard, Incorporated and Bard Peripheral Vascular, Incorporated (collectively, "Bard") (Plaintiff and Bard are collectively referred to as the "Parties"), respectfully submit this Joint Motion for Temporary Stay and Incorporated Memorandum of Law. The Parties request that this Court stay this case, any upcoming deadlines, and all actions and continue the initial Scheduling Conference for a period of ninety (90) days to permit them to pursue negotiations of a settlement of these cases recently remanded from the MDL pursuant to the MDL Court's February 11, 2021 Amended Suggestion of Remand and Transfer Order (Fifth) ("Fifth Remand Order") [Dkt. No. 6].

The Parties believe that a stay is necessary in these cases to conserve their resources and attention so that they may attempt to resolve them. Accordingly, the Parties jointly request that the Court enter a stay of discovery and all pretrial deadlines and continue the initial Scheduling Conference in this case for a period of ninety (90) days. If Plaintiffs have not filed dismissal papers within ninety (90) days from the stay being granted, the Parties request the opportunity to file a joint status report regarding the status of the settlement.

## MEMORANDUM OF LAW

Plaintiff's counsel represents plaintiffs with cases in *In re: Bard IVC Filters Products Liability Litigation,* MDL 2641 (the "MDL"), as well as plaintiffs whose cases were transferred or remanded from the MDL to courts across the country, involving claims against Bard for injuries they contend arise out of their use of Bard's IVC filters. The Parties reached a settlement in principle concerning the majority of the Plaintiff's counsel IVC filter cases and have finalized the details of that settlement with most of their clients. However, a small number of those plaintiffs "opted out" of the settlement. The cases remanded pursuant to the MDL Court's Fifth Remand Order included those cases that were previously dismissed but then reinstated prior to remand because the plaintiffs opted out of the settlement and final settlements had not been reached. With respect to these cases, which includes this one, Counsel for the

2.

JOINT MOTION TO STAY PROCEEDINGS AND SUPPORTING MEMORANDUM OF LAW

Parties have renewed discussions in an attempt to achieve a settlement of the cases of these remaining plaintiffs represented by Plaintiff's counsel. Counsel for the Parties believe that their resources are best directed to focusing their efforts on potential settlement discussions, especially given their past history of successful settlement discussions. Thus, the Parties move this Court to enter a stay of all discovery and pretrial deadlines and continue the initial Scheduling Conference in this case for a period of ninety (90) days.

This Court has broad discretion to stay proceedings as incidental to its power to control its own docket – particularly where, as here, a stay would promote judicial economy and efficiency. *Crawford-El v. Britton,* 523 U.S. 574, 598 (1998); *Bechtel Corp. v. Laborers' Int'l Union*, 544 F.2d 1207, 1215 (3d Cir. 1976). A court's power to stay proceedings "is incidental to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Bechtel*, 544 F.2d at 1215 (*quoting Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936)); *see also Leyva v. Certified Grocers of Cal., Ltd.,* 593 F.2d 857 (9th Cir. 1979) *citing Landis*.

Federal Rules of Civil Procedure 26(c) and 26(d) also vest the Court with authority to limit the scope of discovery or control its sequence, *Britton*, 523 U.S. at 598, and to grant a stay to allow parties to negotiate a settlement.

**WHEREFORE**, the Parties respectfully request that the Court enter a stay of all activity in this case and that the initial Scheduling Conference be continued for a period of ninety (90) days. If Plaintiffs have not filed dismissal papers within ninety (90) days, the Parties request the opportunity to file a joint status report regarding the status of settlement discussions.

///

///

///

3.

JOINT MOTION TO STAY PROCEEDINGS AND SUPPORTING MEMORANDUM OF LAW

Dated: June 8, 2021                    Respectfully submitted,

                              By:  */s/  Matthew J. Skikos*
                                   Steven J. Skikos
                                   Matthew J. Skikos
                                   **SKIKOS CRAWFORD SKIKOS &
                                   JOSEPH LLP**
                                   One Sansome Street, Suite 2830
                                   San Francisco, CA  94104
                                   Telephone:  415-546-7300
                                   Facsimile:  414-546-7301
                                   mskikos@skikos.com

                                   Benjamin A. Bertram (*Pro Hac Vice*)
                                   **BERTRAM & GRAF, L.L.C.**
                                   2345 Grand Boulevard, Suite 1925
                                   Kansas City, MO 64108
                                   Telephone: (816) 523-2205
                                   Facsimile:  (816) 523-8258
                                   benbertram@bertramgraf.com

                                   ***ATTORNEYS FOR PLAINTIFF***

                                   */s/ Daniell K. Newman*
                                   Daniell K. Newman (SBN 242834)
                                   **GREENBERG TRAURIG, LLP**
                                   1840 Century Park East, Suite 1900
                                   Los Angeles, CA 90067
                                   Telephone: (310) 586-7700
                                   Facsimile:  (310) 586-7800
                                   newmandk@gtlaw.com

                                   ***ATTORNEY FOR DEFENDANTS***

4.
JOINT MOTION TO STAY PROCEEDINGS AND SUPPORTING
MEMORANDUM OF LAW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2021, a copy of the foregoing JOINT MOTION TO STAY PROCEEDINGS AND SUPPORTING MEMORANDUM OF LAW was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Matthew J. Skikos*
Matthew J. Skikos

JOINT MOTION TO STAY PROCEEDINGS AND SUPPORTING MEMORANDUM OF LAW