UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALFORNIA

ROBERT VANDERUPWICH,

     Plaintiff,

     v.

C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,

     Defendants.

NO.  2:21-cv-01777-SAB (KSx)

**ORDER STAYING CASE**

**[ECF NO. 22]**

Before the Court is the parties' Joint Motion to Stay Proceedings, ECF No. 22. The parties ask the Court to stay any upcoming deadlines and all actions and continue the initial Scheduling Conference for a period of ninety (90) days to permit them to pursue negotiations of a settlement. Good cause exists to grant the parties' Stipulation.

Accordingly, **IT IS ORDERED**:

1.    The parties' Joint Motion to Stay Proceedings, ECF No. 22, ECF No. 22, is **GRANTED**.

//

//

//

//

**ORDER STAYING CASE** ~ 1

2.      The above-captioned case is stayed for ninety (90) days. If Plaintiff has not filed dismissal papers by this deadline the parties shall file a joint status report regarding the status of the settlement.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 11th day of June 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER STAYING CASE ~ 2**