Benjamin A. Bertram (*Pro Hac Vice*)
**BERTRAM & GRAF, L.L.C.**
2345 Grand Boulevard, Suite 1925
Kansas City, Missouri 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH LLP**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: (415) 546-7300
Facsimile:  (415) 546-7301
mskikos@skikos.com

Attorneys for Plaintiff

Daniell K. Newman (SBN 242834)
newmandk@gtlaw.com
**GREENBERG TAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VANDERUPWICH,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | CASE NO.  2:21-cv-01777-MWF-MAA<br><br>**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT**<br><br>Complaint Filed:   January 9, 2019<br>Transfer Date:      February 26, 2021 |

Plaintiff Robert Vanderupwich ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (Plaintiff and Bard are collectively referred to as the "Parties"), respectfully submit this Joint Status Report Regarding Status of Settlement and notify the Court of the following:

1. Plaintiff's counsel represents plaintiffs with cases in the *In re: Bard IVC Filters Products Liability Litigation*, MDL 2641 (the "MDL") as well as cases that have been transferred or remanded from the MDL to courts across the country involving claims against Bard for injuries allegedly arising out of plaintiffs' use of Bard's inferior vena cava ("IVC") filters.

2. This case was remanded from the MDL pursuant to the MDL Court's February 11, 2021 Amended Suggestion of Remand and Transfer Order (Fifth) ("Fifth Remand Order").

3. The Parties have previously requested a stay of proceedings in this case in order to negotiate a settlement, most recently on September 7, 2021, and the Court granted that stay on September 10, 2021. (ECF No. 29.)

4. Although the Parties have worked diligently towards settlement of this matter, they have been unable to reach a settlement and the case has not been dismissed.

WHEREFORE, the Parties respectfully request that a Scheduling Conference be set.

DATED: December 3, 2021        GREENBERG TRAURIG, LLP


By: */s/ Daniell K. Newman*
Daniel K. Newman
Attorney for Defendants

DATED: December 3, 2021           BERTRAM & GRAF, LLC

                                  By: */s/  Benjamin A. Bertram*
                                      Benjamin A. Bertram


                                  SKIKOS CRAWFORD SKIKOS & JOSEPH LLP

                                  By: */s/  Matthew J. Skikos*
                                      Matthew J. Skikos

                                  Attorneys for Plaintiff
                                  ROBERT VANDERUPWICH

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Plaintiff's counsel, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

                                  */s/   Daniell K. Newman*
                                  Daniell K. Newman