Benjamin A. Bertram (*Pro Hac Vice*)
**BERTRAM & GRAF, L.L.C.**
2345 Grand Boulevard, Suite 1925
Kansas City, Missouri 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH LLP**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: (415) 546-7300
Facsimile:  (415) 546-7301
mskikos@skikos.com

*Attorneys for Plaintiff*

Matthew B. Lerner (admitted *pro hac vice*)
matthew.lerner@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street NW, Suite 1700
Atlanta,  GA 30363
Telephone:  404.322.6158
Facsimile:   404.322.6050

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VANDERUPWICH,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | Case No.:  2:21-cv-01777-MFW (MAAx)<br><br>Honorable W. Fitzgerald<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

1

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

1       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *without prejudice* against all Defendants, with each party to bear its own costs.

DATED: August 12, 2022       BERTRAM & GRAF, L.L.C.
                                      By: *Benjamin A. Bertram*
                                      Benjamin A. Bertram
                                      *Attorney for Plaintiff*

DATED: August 12, 2022       NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                      By: *Matthew B. Lerner*
                                      Matthew B. Lerner
                                      *Attorney for Defendants*

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**